UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 04-11-DLB-CJS**
**CRIMINAL ACTION NO. 16-5-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                            **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**MICHAEL A. HUFF**                                                                                  **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that Defendant Michael A. Huff's supervised release be revoked. (Doc. # 169).[1] She further recommends that Defendant be sentenced to the custody of the Attorney General for a period of thirty-seven (37) months, with no term of supervised release to follow. (*Id.*). On February 17, 2016, the Court held a Final Revocation Hearing, during which the parties indicated that they had reached an agreement on the pending violations. (*Id.*). Specifically, Defendant agreed to plead guilty to Violations 1 and 3, as set forth in the November 12, 2015 Violation Report, with Violation 1 amended to a Grade B violation. (*Id.*). In exchange, the United States agreed to dismiss Violation 2. (*Id.*).

Defendant having waived his right to allocute before the undersigned (Doc. # 167), and the record reflecting that neither party submitted objections to the R&R, this matter is

---

1) All citations to the record correspond to 2:04-cr-11, the earlier of the two cases.

ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Smith's Report and Recommendation (Doc. # 169) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The United States' oral Motion to Dismiss Violation 2 is hereby **GRANTED**;

(3) Defendant is found to have **VIOLATED** the terms of his supervised release, as set forth in Violation 1, as amended, and Violation 3 of the November 12, 2015 Violation Report;

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is **SENTENCED** to the custody of the Attorney General for a term of thirty-seven (37) months imprisonment in case 04-cr-11 and a term of twenty-four (24) months imprisonment in case number 16-cr-5 to run concurrently for a **total term of incarceration of thirty-seven (37) months, with no term of supervised release to follow**;

(6) If feasible, the Bureau of Prisons shall place Defendant at the federal correctional facility in Manchester, Kentucky, for service of the sentence imposed; and

(7) The Clerk shall file and docket this Order in both cases.

This 11th day of April, 2016.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2004\04-11 Order Adopting R&R re SRV.wpd